Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**
NOV 26 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

LARRY ARNOLD YOUNG
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BRANDON L. GRAY
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)  Case No. 1:25-cv-00705
)        (to be filled in by the Clerk's Office)
)
)
)  Jury Trial: (check one)  [ ] Yes  [ ] No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: LARRY ARNOLD YOUNG
  Street Address: 382 Presbyterian Avenue
  City and County: Lashmeet / Mercer
  State and Zip Code: West Virginia 24733
  Telephone Number: 304-920-9490
  E-mail Address: young-larry.a.1949@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro-Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Brandon L. Gray
- Job or Title (if known): Bradford and Gray PLLC
- Street Address: 220 North Fayette Street
- City and County: Beckley
- State and Zip Code: West Virginia 25801
- Telephone Number: 304-255-5628
- E-mail Address (if known): https://bradfordandgray.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Constitutional Amendments 4, 8 & 14, equal protection The Amount of money in controversy is $142,600.00 plus mental Anguish beginning on 12-16-2019 And continuing And deprivation of life, liberty or property without due process of Law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 10-1-2024 Brandon L. Gray prepared a fraudulent deed for Wanda Carol Donahue & Glenda Darlene Lawson transferring my 11.5 Acres of industrial real estate into their names leaving Larry Arnold Young off this fraudulent Deed as party of the first part. See Exhibit 1, pint a- bv 10-1-2020 Brandon L. Gray prepared another fraudulent Deed for Wanda Carol Donahue transferring a prime lot off my 11.5 Acres of Industrial Real Estate located on Map 39, page 28 into David B Lawson's name leaving Larry Arnold Young's name off this fraudulent Deed as party of the first part. See Exhibit 1 pant b.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am respectfully requesting this Honorable Court to Order Brandon L. Gray to pay me $142,000.00 damages for transferring my 11.5 Acres of Industrial Real estate located on Map 39 parcel 28 in Rock Co. WV, 24747 that was willed to Larry Arnold Young by Edna G. Young on the entire second page of her last will and testament. See Exhibit 1, Deed to Young's Mobile Home Park. See Exhibit 4, page 2 Edna G. Young's Last Will & Testament. I am respectfully requesting this Honorable Court to Grant me an additional $142,000.00 dollars mental anguish from 12-16-2019 and constant mental anguish continuing every day of my life since that date.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-18-2025

Signature of Plaintiff: *Larry Arnold Young*
Printed Name of Plaintiff: LARRY ARNOLD YOUNG

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# Complaint against Brandon L. Grey

This complaint is being filed against Brandon L. Grey for preparing 2 fraudulent deeds on 10/1/2024 for Wanda Carol Donahue and Glenda Darlene Lawson as executrices of the Estate of Edna G. Young.

The first fraudulent deed between Wanda Carol Donahue and Glenda Darene Lawson, parties of the first part and Wanda Carol Donahue and Glenda Darlene Lawson, parties of the second part fail to list Larry Arnold Young as party of the first part who is the sole Beneficiary of Young's Mobile Home Park on the entire second page of Edna G. Young's Last Will and Testament consisting of 11.5 acres of Industrial Real Estate listed on tax map 39 / parcel 28 situate in Rock District, Merceer County West Virginia and being more particularly bounded and clearly described on page 2 of this fraudulent deed marked Exhibit 1, part a.

The second fraudulent deed marked Exhibit 1, part b, between Wanda Carol Donahue and Glenda Darlene Lawson, parties of the first part and David B. Lawson party of the second part of that certain parcel of Industrial Real Estate on map 39, parcel 28 fraudulently transfers .08 +/- Acres of my 11.5 acres of industrial real estate more particularly bounded and described on page 2 of this fraudulent Deed into David B. Lawson's name.

## Relief Requested

I am respectfully requesting this Honorable Court to invalidate these 2 fraudulent Deeds and Order them stricken from the Mercer County Commissioners Deed Book of records.

It is forever Prayed, Larry Arnold Young

## Certificate of Service

    This is to certify that I, Larry Arnold Young filing prose this the 26th day of November, 2025 have served my complaint against Brandon L. Grey in the above referenced case to the Clerk of the United Stated istict Court in Bluefield by placing same in the United States Mail with appropriate first class postage affixed thereon to insure delivery to the party as properly listed below:

United States District Court Clerk
Elizabeth Kee Federal Building
601 Federal Street, Room 1000
Bluefield, West Virginia 24740

                                            Respectfully submitted,
                                            *Larry Arnold Young*
                                            Larry Arnold Young